## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

August 30, 2011

No. 11-30324
Summary Calendar

Lyle W. Cayce
Clerk

BEVERLY ANN CASH,

Plaintiff - Appellant

v.

LOUISIANA STATE,

Defendant - Appellee

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:11-CV-148

Before REAVLEY, SMITH, and PRADO, Circuit Judges.

PER CURIAM:*

For the reason that federal courts have no jurisdiction or authority over a state court judgment about which Beverly Ann Cash complains, and she cannot bring a complaint for what happened before 1982 nor by this means begin a civil rights suit, all explained by the magistrate judge's order of February 16, 2011, the federal court correctly held that it lacked jurisdiction.

Affirmed.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.